UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 12-00369 JVS(MLGx) |
| Date | June 20, 2012 |
| Title | Dish Network L.L.C., et al. v. Tan Nguyen, et al. |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present                         Not Present

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause (OSC) re Contempt

On May 14, 2012, the Court found Tran Nguyen ("Nguyen") in contempt for failing to comply with its Order Granting Preliminary Injunction, Seizure, and Impoundment ("PIO") entered March 26, 2012 (Docket No. 24).  (Docket No. 46.) Based on the showing made by plaintiffs (Docket No. 51), it appears that Nguyen has yet to comply fully with the PIO and the Court's contempt order.

Nguyen is ordered to show cause in person at 11:00 a.m. on  July 9, 2012 why further sanctions should not be imposed.  Such sanctions may include striking his answer and/or ordering Nguyen incarcerated until he purges himself of contempt by making full compliance with the PIO and the contempt order.

An written response shall be filed no later that July 5, 2012.

**A failure to appear may result in the issuance of bench warrant and incarceration related thereto to compel Tran's appearance.**

:   00

Initials of Preparer   kjt