JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TAN NGUYEN and DOES 1- 10 d/b/a www.ftaforall.us, www.ftaforall.info, www.ftaforall.net, www.ftaforall.biz, and www.ftaforall.tk,<br><br>Defendants. | **Case No. SACV12-0369 JVS (MLGx)**<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

The Court entered an order on February 13, 2013 (Dkt. 67), granting Plaintiffs' motion for summary judgment on Counts I and II of the Complaint against Defendant Tan Nguyen. Pursuant to that order, the Court enters the following final judgment and permanent injunction:

1. The Court **ORDERS** judgment in favor of DISH Network L.L.C., EchoStar Technologies L.L.C., and Nagrastar LLC's (collectively, "DISH Network") on their claims against Tan Nguyen under the Digital Millennium

Copyright Act, 17 U.S.C. § 1201(a)(2) [Count I] and the Federal Communications Act, 47 U.S.C. § 605(e)(4) [Count II]. Tan Nguyen is liable for 31,883 violations of 17 U.S.C. § 1201(a)(2) and 31,883 violations of 47 U.S.C. § 605(e)(4).

2. Statutory damages in the amount of $6,376,600 are awarded to DISH Network in accordance with 17 U.S.C. § 1203(c)(3)(A) for Tan Nguyen's 31,883 violations at $200 per violation.

3. Tan Nguyen and anyone acting in active concert or participation with, or at the direction or control of Tan Nguyen, are hereby **PERMANENTLY ENJOINED** from:

  (a) manufacturing, importing, offering to the public, providing, linking to, or otherwise trafficking in (i) piracy software; and (ii) any other device or service used in circumventing DISH Network's security system or intercepting DISH Network programming; and

  (b) circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's signal.

4. This Permanent Injunction applies to www.ftaforall.us, www.ftaforall.info, www.ftaforall.net, www.ftaforall.biz, www.ftaforall.tk, and any other domain or website, regardless of their respective top-level domains, that Tan Nguyen currently uses or may use in the future that traffic in pirate software used in circumventing DISH Network's security system or intercepting DISH Network programming.

5. This Permanent Injunction takes effect immediately.

6. Defendant and GoDaddy.com are ordered to transfer the domain names www.ftaforall.us, www.ftaforall.info, www.ftaforall.net, www.ftaforall.biz, and www.ftaforall.tk to NagraStar LLC, or such other person or entity that NagraStar LLC designates.

7. DISH Network's causes of action under the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1) [Count III], the Communications Act, 47 U.S.C. § 605(a) [Count IV], and the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a), 2520 [Count V] are hereby dismissed against Tan Nguyen with prejudice.

8. DISH Network's causes of action under the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(2) [Count I], the Communications Act, 47 U.S.C. § 605(e)(4) [Count II], the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1) [Count III], the Communications Act, 47 U.S.C. § 605(a) [Count IV], and the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a), 2520 [Count V] are hereby dismissed against DOES 1-10 without prejudice.

9. The Court retains jurisdiction over this action for the purpose of enforcing this Final Judgment and Permanent Injunction.

10. This is FINAL JUDGMENT. Any relief not expressly granted herein, is denied.

**IT IS SO ORDERED**.

Dated: February 21, 2013

_____
Hon. James V. Selna